UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Alvin Forde

                              Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

**20 Mag. 6772**

Defendant Alvin Forde hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_     Initial Appearance Before a Judicial Officer

_X_     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_     Bail/Detention Hearing

_X_     Conference Before a Judicial Officer


_/s/ Alvin Forde by Clay Kaminsky
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Alvin Forde
Print Defendant's Name

_/s/ Clay Kaminsky
Defendant's Counsel's Signature

_Clay Kaminsky
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

  11/2/2020
_____
Date

_____
U.S. Magistrate Judge