```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/6/2020___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ALVIN FORDE,

                         Defendant.

20 Cr. 557 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court will hold an initial conference in this action on **November 9, 2020**, at **12:00 p.m.**, using the Court's Skype for Business platform. *See In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176, ECF No. 3 (S.D.N.Y. Sept. 16, 2020) ("[C]onditions, which are unlikely to be alleviated in the near future, make it impossible for the judges in this District to conduct all criminal proceedings in person in the courthouses."). Chambers will provide the parties with instructions on how to appear via video.

    To optimize the quality of the video feed, only the Court, Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others may participate by telephone. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling (917) 933-2166 at the time of the hearing, and entering access code 476948982.

    SO ORDERED.

Dated: November 6, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge