UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        -against-

ALVIN FORDE,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_11/9/2020\_\_

20 Cr. 557 (AT)

**AMENDED ORDER**

ANALISA TORRES, District Judge:

      The Court's November 6 Order is AMENDED as follows: The Court will hold an initial conference in this action on **November 9, 2020**, at **12:00 p.m.**, using the Court's teleconferencing system. *See In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176, ECF No. 3 (S.D.N.Y. Sept. 16, 2020) ("[C]onditions, which are unlikely to be alleviated in the near future, make it impossible for the judges in this District to conduct all criminal proceedings in person in the courthouses."). The parties, co-counsel, members of the press, and the public may access the audio feed of the conference by calling (888) 398-2342 or (215) 861-0674, at the time of the hearing, and entering access code 5598827.

      SO ORDERED.

Dated: November 9, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge