```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Alvin Forde

                Defendant(s).
------------------------------------------------------------------X

**TELE CONFERENCE**

**20 Cr. 557**

Defendant Alvin Forde hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

_X_    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_    Bail/Detention Hearing

_X_    Conference Before a Judicial Officer


_/s/ Alvin Forde by Clay Kaminsky
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_/s/ Clay Kaminsky
Defendant's Counsel's Signature

_Alvin Forde
Print Defendant's Name

_Clay Kaminsky
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

11/9/2020
_____
Date

_____
ANALISA TORRES
United States District Judge