UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          -against-

ALVIN FORDE,

                        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/8/2021
```

20 Cr. 557 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court will hold a substitution of counsel hearing in this matter on **March 10, 2021**, at **12:00 p.m.**, using the Court's dedicated conference line. *See In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176, ECF No. 4 (S.D.N.Y. Dec. 18, 2020) (finding that the COVID-19 pandemic "make[s] it increasingly necessary for judges in this District to conduct proceedings remotely."). Chambers will provide the parties with instructions on how to appear via telephone. <u>The Government need not attend.</u>

      Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

      SO ORDERED.

Dated: March 8, 2021
        New York, New York

ANALISA TORRES
United States District Judge