UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

Alvin Forde,

                      Defendant.

-----------------------------------------------------------X

WAIVER OF RIGHT TO BE
PRESENT AT CRIMINAL
PROCEEDING

20 Cr. 557 (AT)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2021

Defendant ____Alvin Forde____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

- ___ Initial Appearance/Appointment of Counsel
- ___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- ___ Preliminary Hearing on Felony Complaint
- ___ Bail/Revocation/Detention Hearing
- _x_ Status and/or Scheduling Conference
- ___ Misdemeanor Plea/Trial/Sentence
- _x_ Substitution of counsel hearing

_____
Defendant's Signature

_____
Defense Counsel's Signature

(Judge may obtain verbal consent on Record and Sign for Defendant)

Alvin Forde by Clay Kaminsky
Print Defendant's Name

Clay Kaminsky
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconferencing technology.

3/11/2021
Date

_____
ANALISA TORRES
United States District Judge