USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_4/12/2021\_\_\_\_

**PARKER AND CARMODY, L**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

April 9, 2021

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Alvin Forde</u>
20 Cr 557 (AT)

Dear Judge Torres:

    I write with the consent of the Government requesting that the Court adjourn the scheduled conference for Monday, April 12, 2021 for at least 60 days. I have only recently received the Rule 16 discovery in this case and I require additional time to review it.

    I respectfully request that the Court adjourn this case to any date during the weeks of June 14th or June 21st (except June 14 at 11 a.m.).

    I consent to the exclusion of speedy trial time.

    Thank you for your consideration in this matter.

GRANTED. The initial pretrial conference scheduled for April 12, 2021, is ADJOURNED to **June 24, 2021**, at **11:00 a.m.**

Time until June 24, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow for the Defendant to continue to review discovery and for the parties to continue discussions regarding pretrial dispositions.

SO ORDERED.

Dated: April 12, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge