USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/2021

**PARKER AND CARMODY, L**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

June 21, 2021

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Alvin Forde</u>
20 Cr 557 (AT)

Dear Judge Torres:

I write with the consent of the Government requesting that the Court adjourn the scheduled conference for June 24, 2021, for at least 30 days. The parties have engaged in discussions regarding a resolution of this case. Additional time is required for me to be able to discuss a potential disposition with Mr. Forde.

I have spoken with AUSA Mitzi Steiner and the Government consents to this application.

I respectfully request that the Court adjourn this case to any date during the week of July 26th or thereafter.

I consent to the exclusion of speedy trial time.

Thank you for your consideration in this matter.

GRANTED. The status conference scheduled for June 24, 2021, is ADJOURNED to **July 26, 2021**, at **9:00 a.m**.

Time until July 26, 2021, is excluded under the Speedy Trial Act, 18 U.S. C. § 3161 (h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow for the Defendant to continue to review discovery and for the parties to continue discussions regarding pretrial dispositions.

SO ORDERED.

Dated: June 23, 2021
New York, New York

ANALISA TORRES
United States District Judge