```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/22/2021__
```

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

July 19, 2021

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Alvin Forde**
20 Cr 557 (AT)

Dear Judge Torres:

I write requesting that the Court adjourn the conference scheduled conference for July 26, 2021, for at least 60 days.

The reason for the adjournment request is that although the parties have engaged in discussions regarding a resolution of this case, Mr. Forde has a pending State court case which affects how any prison time would be calculated. Prior to resolving this case, he would like to speak with his attorney in State court. That case has languished as a result of COVID; specifically, up until fairly recently the USMS would not produce him to be arraigned in State court.

I respectfully request that the Court adjourn this case to any date in mid-September, other than September 23-24, 2021 when I will be out of town.

I consent to the exclusion of speedy trial time.

GRANTED. The conference scheduled for July 26, 2021, is ADJOURNED to **September 20, 2021**, at **10:00 a.m**. Time until **September 20, 2021**, is prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial in that this will allow for the Defendant and his counsel to continue discussing a potential pre-trial disposition pending resolution of Defendant's state court case.

SO ORDERED.

Dated: July 22, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge

1