USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/13/2021__

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER                                                                                         TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                              FACSIMILE: (212) 239-9175
CHRISTINA S. COOPER                                                          DanielParker@aol.com

September 10, 2021

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Alvin Forde</u>
20 Cr 557 (AT)

Dear Judge Torres:

     I write requesting that the Court adjourn the conference scheduled for Monday, September 20, 2021 for 30 days. I have spoken with AUSA Mitzi Steiner and the Government does not object to this request.

     Mr. Forde was arraigned in mid-August in New York State Supreme Court on an indictment for which he was arrested prior to his being "writted" into the District on this case. Issues have arisen with respect to how his jail time is being calculated. In order to clarify that issue and prior to his deciding whether to plead guilty or go to trial, he has requested that the "jail time credit" issue be ironed out. His attorney in the State court case has been on a six-week vacation and will be returning on September 22, 2021. I intend to confer with that attorney and then with Mr. Forde so that Mr. Forde's concerns can be addressed such that he can then decide what he would like to do with respect to this case.

     Accordingly, we respectfully request that the Court adjourn the upcoming conference to either October 19th or 20th. I consent to the exclusion of speedy trial time.

     If the foregoing meets with the Court's approval, then I respectfully request that you "So Order" this letter. Thank you for your consideration in this matter.

> GRANTED. The status conference scheduled for September 20, 2021 is ADJOURNED to **October 20, 2021**, at **2:00 p.m.** Time until October 20, 2021 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow for the Defendant to determine unresolved issues with respect to his state court case and facilitate a possible pretrial disposition of this matter.
>
> SO ORDERED.
>
> Dated: September 13, 2021
>        New York, New York
>
>                                            ANALISA TORRES
>                                       United States District Judge