Case 1:20-cr-00557-AT   Document 38   Filed 09/24/21   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/24/2021_

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER                                                                                          TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                                                       FACSIMILE:  (212) 239-9175
CHRISTINA S. COOPER                                                                                  DanielParker@aol.com

September 23, 2021

**By ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Alvin Forde**
20 Cr 557 (AT)
**Inmate Reg. #: 05777-509**

Dear Judge Torres:

     I write asking the Court to direct the Bureau of Prisons and the United States Marshal Service to bring the defendant, Alvin Forde, to a hospital so that his leg can be examined by a physician. Upon completion of his examination, then I respectfully request that the be brought back to the MDC where he is currently incarcerated.

     Mr. Forde informs me that he has been suffering from a leg injury for quite some time, that he is in significant discomfort, that he has repeatedly requested medical treatment for his leg and that he has not received any.

     Mr. Forde reported that after he was arrested and while he was incarcerated at the MCC in Manhattan, he was told that he needed to be brought to a hospital so that his leg could be looked at. That did not occur and he was subsequently moved to the MDC in Brooklyn. Mr. Forde has told counsel that he has repeatedly asked to go to the hospital, but his requests have been ignored.

     I ask the Court to direct that Mr. Forde be brought to a nearby hospital so that x-rays can be taken of his leg and he can be examined by a specialist.

     If the forgoing meets with the Court's approval, then I respectfully request that you "SO ORDER" this letter.

1

Thank you for your consideration in this matter.

Respectfully,

*Daniel S. Parker*

Daniel S. Parker

Cc: All parties by ECF
    AUSA Steiner by email

GRANTED.

SO ORDERED.

Dated: September 24, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge