UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ALVIN FORDE,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: __10/12/2021__

20 Cr. 557 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for October 20, 2021, is RESCHEDULED to **October 19, 2021**, at **10:30 a.m.** and will proceed using the Court's dedicated videoconferencing system. *See In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176, ECF No. 7 (S.D.N.Y. Sept. 15, 2021).

    To optimize the quality of the video feed, only the Court, Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others may participate by telephone. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling (917) 933-2166 at the time of the hearing, and entering access code 476948982.

    SO ORDERED.

Dated: October 12, 2021
        New York, New York

_____
ANALISA TORRES
United States District Judge