USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                     -v-

ALVIN FORDE      ,
                Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 557 (AT)( )

Defendant ALVIN FORDE hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_ Initial Appearance/Appointment of Counsel

\_\_\_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_ Preliminary Hearing on Felony Complaint

\_\_\_ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

\_\_\_ Misdemeanor Plea/Trial/Sentence

_[signed] D. S. Parker - attorney_
_Signed by counsel on Defendant's behalf_

Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Alvin Forde**
Print Defendant's Name

_[signed]_
Defense Counsel's Signature

**Daniel S. Parker**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

October 19, 2021
Date

_[signed]_
**ANALISA TORRES**
United States District Judge