USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2021

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER  TELEPHONE: (212) 239-9777
MICHAEL CARMODY  FACSIMILE: (212) 239-9175
CHRISTINA S. COOPER  DanielParker@aol.com

December 20, 2021

**By ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Alvin Forde**
     **20 Cr 557 (AT)**

Dear Judge Torres:

    I write as a follow-up to the Court's directive that counsel provide the Court with further information regarding the issue with respect to Mr. Forde's jail-time calculation and credit. The Court had directed counsel to provide it with a letter by today explaining the issue so that the Court could try to assist with respect to this matter. We are in the process of securing the minutes from New York County Supreme Court and require additional time.

    We respectfully request that the Court extend the deadline by 30 days for counsel to provide the Court with the relevant information, and if we are able to do so sooner, we will. also ask the Court to adjourn the conference set for January 25, 2022 for 30 days[1] and we consent to the exclusion of time.

    I have spoken with AUSA Mitzi Steiner and the Government does not oppose this application. Thank you for your consideration in this matter.

GRANTED. By **January 21, 2022**, counsel shall submit their letter to the Court. The substitution of counsel hearing scheduled for January 4, 2022, is ADJOURNED to **January 26, 2022**, at **3:00 p.m.** The status conference scheduled for January 25, 2022, is ADJOURNED to **February 22, 2022** at **11:00 a.m.** Time until February 22, 2022, is excluded under the Speedy Trial Act, 8 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial in that this will allow for the Defendant and his counsel to continue assessing the impact of Defendant's state court case on a potential pretrial disposition.

SO ORDERED.

Dated: December 21, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge