USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_1/18/2022\_\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ALVIN FORDE,

                Defendant.

20 Cr. 557 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The substitution of counsel hearing scheduled in this matter for January 26, 2022, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: January 18, 2022
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge