USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/27/2022__

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE:  (212) 239-9175
DanielParker@aol.com

January 25, 2021

**By ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Alvin Forde**
    **20 Cr 557 (AT)**

Dear Judge Torres:

    I write to answer the Court's directive that counsel provide the Court with further information regarding Mr. Forde's prior request for new counsel. After speaking with Mr. Forde, he wishes to withdraw his request that I be relieved as counsel.

    However, after conferring with Susan J. Walsh, Esq., who the Court appointed as counsel to assist in providing Mr. Forde with counsel regarding the sentencing/time calculation issue, it is our request that the Court appoint Ms. Walsh as co-counsel to assist in the representation of Mr. Forde.

    Mr. Forde intends to plead guilty in the immediate future. Ms. Walsh, if appointed as co-counsel, would continue to provide assistance with regard to the complicated sentencing/time calculation issue for which she has already provided significant and thoughtful assistance to me.

    If the foregoing meets with the Court's approval, then I respectfully request that the Court "So Order" this letter.

    Thank you for your consideration in this matter.

Respectfully submitted,

Daniel S. Parker

GRANTED.

SO ORDERED.

Dated: January 27, 2022
       New York, New York

ANALISA TORRES
United States District Judge