```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/18/2022___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

       -against-

ALVIN FORDE,

                  Defendant.

20 Cr. 557 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference in this matter set for February 22, 2022, is ADJOURNED to **March 22, 2022**, at **11:00 a.m.**, at which time the Court shall hold a change of plea hearing for Defendant Alvin Forde.  The hearing shall proceed in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse.  To gain entry to 500 Pearl Street, follow the instructions provided here:

    https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.6.pdf.

    By **March 14, 2022**, counsel must advise the Court of how many spectators will attend the proceeding.  The parties must advise the Court by the same date how many individuals will be seated at counsels' tables.  Special accommodations may need to be made if more than **ten** unvaccinated spectators are expected to attend, or more than **three** unvaccinated individuals are expected to be seated at each counsel's table.

    All individuals must practice social distancing at all times in the courthouse.  Individuals must wear a KN-95, N-95, or KF-94 mask that covers their nose and mouth at all times.  Bandanas, gaiters, masks with valves, surgical masks, and cloth masks are not permitted.

    SO ORDERED.

Dated: February 18, 2022
       New York, New York

                                                    ANALISA TORRES
                                                  United States District Judge