USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1312

## MEDICAL ATTENTION FORM

DATE: April 14, 2022

DEFENDANT: Alvin Forde

DOCKET #: 20 Cr. 557(AT)

**TO THE WARDENS OF THE METROPOLITAN DETENTION CENTER**:

Counsel for Defendant Alvin Forde advised the Court this morning that he has been denied dental treatment for the last eighteen months, and his medical condition has severely deteriorated-- to the point that Mr. Forde was unable to come to court for a scheduled plea hearing because parts of two teeth fell out while he was brushing them. The MDC and BOP are directed to bring Mr. Forde **expeditiously** to a hospital or other appropriate medical facility where he can be treated by a dentist or oral surgeon. Mr. Forde has executed a HIPAA waiver enabling the BOP to share medical information with his counsel.

SO ORDERED.

Dated: April 14, 2022
      New York, New York

ANALISA TORRES
United States District Judge