USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/5/2022_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**UNITED STATES COURTHOUSE**
**500 PEARL STREET**
**NEW YORK, NEW YORK 10007-1312**

## MEDICAL ATTENTION FORM

DATE: May 5, 2022

DEFENDANT: Alvin Forde

DOCKET #: 20 Cr. 557(AT)

**TO THE WARDENS OF THE METROPOLITAN DETENTION CENTER**:

On April 14, 2022, the Court entered a medical attention order directing that Defendant Alvin Forde be brought **expeditiously** to a hospital or other appropriate medical facility where he can be treated by a dentist or oral surgeon. Mr. Forde has not yet seen an oral surgeon, and his condition is deteriorating-- his counsel reports he is in significant pain, his mouth is swollen, he will require numerous tooth extractions, and he is unable to eat. The MDC and BOP are **ordered** to bring Mr. Forde to an oral surgeon or hospital **by May 12, 2022,** and to provide him with supportive care as necessary until such time as he receives that treatment.

SO ORDERED.

Dated: May 5, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge