Case 1:20-cr-00557-AT   Document 63   Filed 07/08/22   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/8/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ALVIN FORDE,

Defendant.

**ORDER**

20 Cr. 557 (AT)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Stewart D. Aaron on June 28, 2022;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Sentencing is set for **November 1, 2022**, at **10:00 a.m.**, and shall proceed in-person, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Defendant's submissions are due two weeks prior to sentencing. The Government's submission is due one week prior to sentencing.

SO ORDERED.

Dated: July 8, 2022
New York, New York

ANALISA TORRES
United States District Judge