USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/13/2022__

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

October 13, 2022

**By ECF and email**
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Alvin Forde**
20 Cr 557 (AT)

Dear Judge Torres:

We write asking the Court to adjourn the scheduled sentencing date of November 1, 2022, for at least 6 weeks.

I am starting a 6 week racketeering trial in the EDNY on October 17, 2022 and will be unavailable on the scheduled sentencing date. Thereafter, I will need time to prepare my sentencing submission in this case.

If the foregoing is acceptable to the Court, then we respectfully request that the Court adjourn this case to a date in late December 2022.

Thank you for your consideration in this matter.

Respectfully,

Daniel S. Parker
Susan J. Walsh
Counsel to Mr. Forde

---

GRANTED. The sentencing scheduled for November 1, 2022, is ADJOURNED to **January 3, 2023**, at **3:30 p.m.**

SO ORDERED.

Dated: October 13, 2022
New York, New York

ANALISA TORRES
United States District Judge