UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

ALVIN FORDE,

Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/28/2022_
```

20 Cr. 557 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On July 8, 2022, the Court ordered the Government to file its sentencing submission one week prior to sentencing. ECF No. 63. On October 13, 2022, the Court adjourned sentencing to January 3, 2023. ECF No. 69. Thus, the Government's sentencing submission was due December 27, 2022. This submission is overdue. Accordingly, the sentencing scheduled for January 3, 2023, is ADJOURNED to **January 18, 2023**, at **11:00 a.m.** By **January 4, 2023**, the Government shall file its sentencing submission.

SO ORDERED.

Dated: December 28, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge