UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

ALVIN FORDE,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_1/9/2023\_

20 Cr. 557 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for January 18, 2023, is ADJOURNED to **January 24, 2023**, at **2:00 p.m.**

    SO ORDERED.

Dated: January 9, 2023
       New York, New York

                                    ANALISA TORRES
                              United States District Judge